UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-62502-CIV-SMITH

MAHAN MOHAMMADIMOTAHERI,

        Petitioner,

vs.

GARRETT RIPA, *et al.*,

        Respondents.
_____/

## ORDER RESETTING HEARING

The hearing set for 9:30 a.m. on January 7, 2026 is reset for **January 6, 2026 at 3:00 p.m.** in Courtroom 207A at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 22nd day of December, 2025.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record