UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-62502-CIV-SMITH

MAHAN MOHAMMADIMOTAHERI,

    Petitioner,

v.

GARRETT RIPA, *et al.*,

    Respondents.

_____/

## ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS

This matter is before the Court upon Petitioner's Petition for Writ of Habeas Corpus [DE 1]. Upon consideration of the parties' submissions, the pertinent portions of the record, the applicable law, and for the reasons provided at the hearing on this matter on January 6, 2026, it is

**ORDERED** that Petitioner's Petition for Writ of Habeas Corpus [DE 1] is **GRANTED:**

1.    Within 10 days of the date of this Order, Respondents shall provide Petitioner an individualized bond hearing consistent with 8 U.S.C. § 1226(a).

2.    Respondents are enjoined from denying bond to Petitioner on the basis that she is detained pursuant to 8 U.S.C. § 1225(b)(2).

3.    Respondents shall, within 24 hours of the bond hearing, file a status report indicating the outcome of the bond hearing and, if release on bond is denied, the reason(s) for the denial.

4.    All pending motions are **DENIED as moot.**

5. This case is **CLOSED.**

DONE and ORDERED in Fort Lauderdale, Florida, this 8th day of January, 2026.

                                                                                        RODNEY SMITH  
                                                                                        UNITED STATES DISTRICT JUDGE